UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Robert F. Flannery, Jr.
Katherine H. Flannery,  Case No. 16-46511-MBM
  Chapter 13
_____Debtors._____/  Hon. Marci B. McIvor

# ORDER GRANTING DEBTORS' MOTION FOR RECONSIDERATION AND VACATING ORDER ENTERED ON JULY 19, 2016 TERMINATING AUTOMATIC STAY AS TO FUNDS ON DEPOSIT

This matter is before the Court on Debtors' Motion for Reconsideration. For the reasons set forth in an Opinion issued with this Order,

IT IS HEREBY ORDERED that the Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED that the Order Terminating Automatic Stay as to Funds on Deposit issued on July 19, 2016 is VACATED.

IT IS FURTHER ORDERED that Michigan First Credit Union's Motion for Relief from Stay as to Funds on Deposit is DENIED.

Signed on August 19, 2016

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge